# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| LEIGH DALLOW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | 2:16-cv-00608-JDL |
| SIRONAHEALTH, INC. and ) | |
| ORANGE HEALTH SOLUTIONS, ) | |
| INC./CITRA HEALTH ) | |
| SOLUTIONS, ) | |
| ) | |
| Defendants. ) | |

## ORDER FOR ENTRY OF JUDGMENT

Pursuant to Federal Rule of Civil Procedure 68(a), the clerk shall enter judgment for Plaintiff Leigh Dallow and against Defendant SironaHealth, Inc., in the amount of $250,000.00, plus Plaintiff's reasonable attorney's fees and costs as determined by the Court pursuant to Local Rules 54.2 and 54.3.

SO ORDERED.

Dated this 24th day of February 2017.

                                                                   /s/ JON D. LEVY
                                                              U.S. DISTRICT JUDGE